# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT D. FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-cv-00501-JPG-DGW |
| ) | |
| SIMPLE TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED:** 8/5/2016            **Justine Flanagan, Acting Clerk**

*s/Tina Gray, Deputy Clerk*


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**